### STATE v. ODIS HENRY WRIGHT.

(Filed 2 December, 1964.)

APPEAL by defendant from *Johnson, J.,* August Regular Mixed Session 1964 of BLADEN.

The defendant was tried upon a bill of indictment charging that he unlawfully, wilfully and feloniously did commit the abominable and detestable crime against nature with a thirteen-year-old boy (naming him), against the form of the statute, *et cetera.*

The jury returned a verdict of guilty of an attempt to commit a crime against nature.

The defendant was sentenced to not less than three nor more than five years in the State's prison. He appeals, assigning error.

*Attorney General Bruton, Asst. Attorney General Richard T. Sanders for the State.*

*Holland & Faircloth; Nance, Barrington, Collier & Singleton for defendant.*

PER CURIAM. The State's evidence was sufficient to carry the case to the jury and to support the verdict rendered. No error sufficiently prejudicial to justify a new trial has been shown.

We deem it inappropriate to include herein a recital of the sordid evidence revealed by the record.

The verdict and judgment are upheld on authority of *S. v. Spivey,* 213 N.C. 45, 195 S.E. 1.

No error.